Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−27059−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven C Brink                                    Gina M Brink
714 Lynda Road                                    714 Lynda Road
Phillipsburg, NJ 08865                            Phillipsburg, NJ 08865

Social Security No.:
  xxx−xx−0527                                     xxx−xx−8209

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 30, 2017              Kathryn C. Ferguson
                                     Judge, United States Bankruptcy Court